# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:16CR241 |
| vs. | |
| SHERMAN JOHNSON, JR., SARKIS LABACHYAN, | ORDER |
| Defendants. | |

Before the court is the defendant, Sarkis Labachyan's (Labachyan) Motion to Continue Hearing on Motions to Suppress (Filing No. 46). Labachyan represents to the Court that neither his co-defendant, Sherman Johnson, Jr., nor the Government object to such a continuance. Good cause being shown, the motion will be granted and the hearing on the Joint Hearing regarding Motion to Suppress [40] as to Labachyan and Motion to Suppress [42] as to Johnson will be continued.

**IT IS ORDERED:**

1. Defendant Sarkis Labachyan's unopposed Motion to Continue Hearing on Motions to Suppress [46] is granted as to both defendants; and

2. That the joint evidentiary hearing on Motion to Suppress [40] and Motion to Suppress [42] is continued to January 5, 2017 at 9:30 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present, unless excused by the Court.

Dated this 7th day of December, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge