IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHERMAN JOHNSON, JR. and ) <br> SARKIS LABACHYAN, ) <br> ) <br> Defendants. ) | Case No. 8:16CR-241 <br><br> **FINDINGS AND RECOMMENDATION AND ORDER** |

At the conclusion of the hearing on January 5, 2017, on defendant Johnson's Motion to Suppress Search and Statement (#42), and defendant Labachyan's Motion to Suppress the Fruits of an Unlawful Search (#40), I stated my conclusions on the record and my decision to recommend that the motions to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Robert F. Rossiter, Jr., United States District Judge, that Johnson's Motion to Suppress (#42) and Labachyan's Motion to Suppress (#40), both be denied in all respects.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause a transcript of the hearing to be prepared and filed.

2. Pursuant to NECrimR 59.2, any objection to the magistrate's Findings and Recommendation shall be filed with the Clerk of the Court within fourteen (14) days after the unredacted transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 6th day of January 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge