IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN JOHNSON JR.,<br><br>Defendant. | 8:16CR241<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 239), Sherman Johnson Jr.'s Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 235) is denied.

Dated this 3rd day of June 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge